AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Bruce Perlowin

Plaintiff,

V.

Nimai Hemphill, et al.

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-01113-APG-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that default judgment has been entered in favor of the Plaintiff, Bruce Perlowin and against the Defendant, Nimai Hemphill in the amount of $461,489.45.

September 9, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ ADR

(By) Deputy Clerk