# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE PERLOWIN, | Case No. 2:15-cv-01113-APG-PAL |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| NIMAI HEMPHILL and BIANCA VON JUDY, | |
| Defendants. | |

IT IS ORDERED that plaintiff Bruce Perlowin shall file a status report regarding the remaining defendant, Bianca Von Judy, on or before December 20, 2016.

DATED this 6th day of December, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE